AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Nebraska



| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 8:18MJ478 |
| | ) | |
| Devontez Bobo | ) | |
| | ) | |

*Defendant(s)*

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 1 2 2018

OFFICE OF THE CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ Nov. 15, 2018 _____ in the county of _____ Douglas _____ in the

_____ District of _____ Nebraska _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1) & (b)(1)<br>18:924(c) | Ct. I:  Defendant did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance. Ct. II:  Defendant did knowingly use and carry a firearm, to wit: a Colt .32 caliber handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is the offense described in Count I. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas YARRE TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-12-18

_____
*Judge's signature*

City and state:        Omaha, Nebraska

Susan M. Bazis, U.S. Magistrate Judge
*Printed name and title*

Copy to USA

## AFFIDAVIT

1. I, Nicholas Yarpe, being duly sworn on oath, deposes and states the following:

2. I am an Omaha Police Department Officer (OPD) and Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF). I have been an OPD officer for 10 years and a TFO for 3 years.

3. I submit this affidavit in support of a criminal complaint and arrest warrant for violations of 21 U.S.C. § 841(a)(1) & (b)(1), Distribution of a Controlled Substance - Cocaine, and 18 U.S.C. § 924(c)(1)(a), Carry and Use of a firearm during and in relation to a drug trafficking offense – that is, Distribution of a Controlled Substance – Cocaine.

4. On Thursday, November 15, 2018, an ATF confidential informant (CI) arranged to purchase one ounce of cocaine and a firearm from Devontez BOBO (B/M, DOB: 08/16/1992). Prior to this date, this same CI had purchased cocaine from BOBO on October 26, 2018 and October 29, 2018 during controlled purchases on behalf of law enforcement. On all three occasions, Affiant located an individual named Devantez BOBO, with the date of birth 08/16/1992, in the Nebraska Criminal Justice Information System (NCJIS) database and showed this photo to the CI. This photo did not contain names or any other identifying markers. On all three occasions the CI confirmed the photo was of the person CI knew as Devontez BOBO who agreed to sell CI an ounce of cocaine, firearm or both. After each of the three transactions were completed, Affiant again showed the same photo to CI, who again confirmed that Devontez BOBO was in fact the person selling cocaine, a firearm, or both to CI as identified in the photo provided.

5. The CI was given $1,500 in ATF buy money to purchase the cocaine and $400 to purchase the revolver. The CI was also equipped with audio and video recording equipment which agents monitored. The CI and CI's vehicle was searched before the meeting, no contraband located.

6. At 1242 hours the CI arrived at the meeting location (Baker's parking lot, 4405 N. 72nd Street, Omaha, Nebraska). At 1317 a silver Buick Park Sedan, NE place VZL694, registered to Devontez BOBO, arrived at the location. A black male wearing a black stocking hat and black shirt, identified by surveillance officers as Devontez BOBO, exited the Buick and entered the CI's vehicle.

7. At 1319 hours the transaction was completed and BOBO exited CI's vehicle and returned to his Buick.

8. The CI then left the location followed by officers and arrived at the post-buy meeting location. CI was searched for contraband, none found.

9. The CI provided officers a bag of white powdery substance with a field weight of 28.6 grams, which field tested postive cocaine. The CI also provided officers with a Colt, .32 caliber handgun. Both the cocaine and firearm were exchanged during the course of a single transaction in which the CI gave BOBO $1900 in ATF buy money and BOBO provided the

1 | Page

cocaine and .32 caliber handgun.

10. I believe there is probable cause to show that Devontez BOBO violated 21 U.S.C. § 841(a)(1) & (b)(1), Distribution of a Controlled Substance - Cocaine, and 18 U.S.C. § 924(c)(1)(a), Carry and Use of a firearm during and in relation to a drug trafficking offense – that is, Distribution of a Controlled Substance – Cocaine.

Dated this 12th Day of December 2018.

_____
NICHOLAS YARPE, TFO – ATF

Subscribed and sworn to before me this 12th Day of December 2018

_____
SUSAN M. BAZIS
United States Magistrate Judge