## U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CRIMINAL DOCKET FOR CASE #: 4:19-mj-00027-BD-1
## Internal Use Only

Case title: USA v. Bobo                                          Date Filed: 01/30/2019
Other court case number: 8:18-MJ-478 District of Nebraska

---

Assigned to: Magistrate Judge Beth
Deere

**Defendant (1)**

**Devontez Bobo**                    represented by   **Molly K. Sullivan**
                                                       Federal Public Defenders Office
                                                       The Victory Building
                                                       1401 West Capitol Avenue
                                                       Suite 490
                                                       Little Rock, AR 72201
                                                       501-324-6113
                                                       Email: molly_sullivan@fd.org
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Public Defender or*
                                                       *Community Defender Appointment*

**Pending Counts**                                      **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

None

---

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**

For the United States District Court
Eastern District of Arkansas

**Plaintiff**

**USA**                                    represented by  **Anne E. Gardner**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2623
Email: anne.gardner2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2019 | 1 | Rule 5(c)(3) Documents Received as to Devontez Bobo (csf) (kbc). (Entered: 01/30/2019) |
| 01/31/2019 | 2 | NOTICE OF HEARING as to Devontez Bobo. Initial Appearance set for 2/1/2019 10:00 AM in Little Rock Courtroom # 1D before Magistrate Judge Beth Deere. (csf) (kbc). (Entered: 01/31/2019) |
| 02/01/2019 |  | Case unsealed as to Devontez Bobo pursuant to instructions from chambers. (csf) (Entered: 02/01/2019) |
| 02/01/2019 | 3 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)Minute Entry for proceedings held before Magistrate Judge Beth Deere: Initial Appearance in Rule 5(c)(3) proceedings as to Devontez Bobo held on 2/1/2019. Asst. Federal Public Defender Molly K. Sullivan appointed for Devontez Bobo. Defendant was informed of his rights and pending charges; presumptive-positive drug screen for marijuana, admits recent usage; Deft is found competent to move forward, waives identity and bond hearing. Deft remanded to USMS custody for transport to District of Nebraska, Omaha Division, for further proceedings. AUSA Anne Gardner AFPD Molly Sullivan; USPO Ryan Clodfelter. (ECRO S. Flippen) (csf) (Entered: 02/01/2019) |
| 02/01/2019 | 4 | CJA 23 Financial Affidavit by Devontez Bobo. (csf) (kbc). (Entered: 02/01/2019) |
| 02/01/2019 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Devontez Bobo. Molly Sullivan appointed. Signed by Magistrate Judge Beth Deere on 2/1/2019. (csf) (Entered: 02/01/2019) |
| 02/01/2019 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Devontez Bobo. Defendant committed to District of Nebraska for further proceedings. Signed by Magistrate Judge Beth Deere on 2/1/2019. (csf) (Entered: 02/01/2019) |

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**

For the United States District Court
Eastern District of Arkansas