AO 442 (Rev. 11/11) Arrest Warrant

FILED
EASTERN DISTRICT ARKANSAS

JAN 3 0 2019

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

SEALED

COPY

# UNITED STATES DISTRICT COURT

## for the

### District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   8:18MJ478 |
| | ) | |
| Devontez Bobo | ) | |
| | ) | |
| | ) | Case# 4:19-MJ-27-BD |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Devontez Bobo                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) & (b)(1) - Distribution of a Controlled Substance
18:924(c) - Use Carry a firearm during offense

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**

For the United States District Court
Eastern District of Arkansas

Date: 12-12-18

_Issuing officer's signature_

City and state:    Omaha, Nebraska                              Susan M. Bazis, U.S. Magistrate Judge
_Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                              _____ _Arresting officer's signature_ |
| _____ _Printed name and title_ |

#/1