

AO 91 (Rev. 11/11)  Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 8:18MJ478 |
| | ) | |
| Devontez Bobo | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
US DISTRICT COURT
DISTRICT OF NEBRASKA

**DEC 12 2018**

OFFICE OF THE CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____Nov. 15, 2018_____ in the county of _____Douglas_____ in the

_____ District of _____Nebraska_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21:841(a)(1) & (b)(1) | Ct. I:  Defendant did knowingly and intentionally distribute a mixture or |
| 18:924(c) | substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance. Ct. II:  Defendant did knowingly use and carry a firearm, to wit: a Colt .32 caliber handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is the offense described in Count I. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**

For the United States District Court
Eastern District of Arkansas

_____
*Complainant's signature*

Nicholas Yarpe TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-12-18

_____
*Judge's signature*

City and state:        Omaha, Nebraska

Susan M. Bazis, U.S. Magistrate Judge
*Printed name and title*