8:19-cr-00036-LSC-MDN *SEALED*   Doc # 4   Filed: 01/23/19   Page 1 of 3 - Page ID # 7

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JAN 23  PM 5:08

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONTEZ BOBO,<br><br>Defendant. | 8:19CR36<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 922(g)(1) & 924(a)(2) |

The Grand Jury Charges:

## COUNT I

On or about October 26, 2018, in the District of Nebraska, DEVONTEZ BOBO, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT II

On or about October 29, 2018, in the District of Nebraska, DEVONTEZ BOBO, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about November 15, 2018, in the District of Nebraska, DEVONTEZ BOBO, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**

For the United States District Court

detectable amount of cocaine, its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about November 15, 2018, in the District of Nebraska, DEVONTEZ BOBO, defendant herein, did knowingly use and carry a firearm, to wit: a Colt .32 caliber handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count III.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT V

On or about November 15, 2018, in the District of Nebraska, the defendant, DEVONTEZ BOBO, having been convicted on November 2, 2012, in the District Court of Douglas County, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: accessory to a felony and possession of a stolen firearm, did knowingly possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a Colt .32 caliber handgun.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**

For the United States District Court
Eastern District of Arkansas

A TRUE BILL .


FOREPERSON


     The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
MATT E. LIERMAN
Assistant United States Attorney

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**
For the United States District Court
Eastern District of Arkansas