**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**JAN 3 0 2019**

JAMES W. McCORMACK, CLERK

By:_____
DEP CLERK

(Post. 01/18/2017)

# United States District Court
## *Eastern District of Arkansas*

United States of America

## **NOTICE**

v.

Devontez Bobo

CASE NUMBER:  4:19-MJ-27-BD

| | | |
|---|---|---|
| TYPE OF CASE: | ☐ **CIVIL** | ☒ **CRIMINAL** |

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE  Richard Sheppard Arnold United States Courthouse 500 West Capitol Little Rock, Arkansas  72201 | ROOM NO.  1D |
|---|---|
| | DATE AND TIME  February 1, 2019, 10:00 a.m. |

TYPE OF PROCEEDING

Initial Appearance Hearing before Magistrate Judge Beth Deere

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE  Richard Sheppard Arnold United States Courthouse 500 West Capitol Little Rock, Arkansas  72201 | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

James W. McCormack, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/31/2019

DATE

Suzy Flippen

(BY) DEPUTY CLERK

To: Attorneys of record

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**

For the United States District Court
Eastern District of Arkansas

