FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 1 2019

JAMES W. McCORMACK, CLERK

By: _____
DEP CLERK

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Devontez Bobo | )  Case No.  4:19-MJ-27-BD |
| | ) |
| | )  Charging District's |
| _____ | )  Case No.   8:18-MJ-478 ; 8:19-CR-36 |
| *Defendant* | ) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Nebraska  ,

*(if applicable)*  Omaha _____ division.  The defendant may need an interpreter for this language:

n/a _____ .

The defendant:    ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  2-1-2019 _____        _____
                                                                     *Judge's signature*

                                                            Beth Deere, U. S. Magistrate Judge _____
                                                                   *Printed name and title*

A TRUE COPY I CERTIFY

James W. McCormack, Clerk

By: /s/ Suzy Flippen D.C. on
**Feb 01, 2019**

For the United States District Court
Eastern District of Arkansas