PROB 12C
(NEP 4/2013)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

**Offender:**　　　　**Devontez Bobo**　　　　**Docket No.  8:19CR00036**

**Type of Supervision:**  **Supervised Release**　　　　**Date of This Report:  July 25, 2024**

**Sentencing Judge:**　**The Honorable Brian C. Buescher**
　　　　　　　　　　**U.S. District Judge**

**Offense of Conviction:** **Count 1: Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) Not more than 20 years imprisonment/$1,000,000 fine (Class C Felony)**
**Count 2: Felon in Possession of a Firearm**
**18 U.S.C. §§ 922(g)(1) and 924(a)(2) Not more than 10 years imprisonment/$250,000 fine (Class C Felony)**
**Count 3: Transportation with Intent to Promote Prostitution**
**18 U.S.C. § 2421 Not more than 10 years imprisonment/$250,000 fine (Class C Felony)**
**Date Sentenced:  December 4, 2019**
**Original Sentence:  72 Months Bureau of Prisons; 36 Months Supervised Release**

**Supervision Term:**　**May 2, 2024 through May 1, 2027**

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Jen A. Iverson | Matt E. Lierman | Kelly Steenbock |

---

## PETITIONING THE COURT

**The undersigned probation officer recommends that a <u>Warrant</u> be issued for service upon Devontez Bobo and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.  A Warrant is requested as Devontez Bobo is in the custody of another authority, awaiting disposition on separate charges. To expedite the issuance of a warrant, the Violation and Provisions document does not accompany this report; however, will be provided to the Court before August 2, 2024.**

**Devontez Bobo**                                                                 **July 25, 2024**
**Petition for Warrant or Summons**                                                 **Page 2 of 4**

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Devontez Bobo is in violation of **the Mandatory Condition** which states, "You must not commit another federal, state, or local crime." |

On July 25, 2024, in Douglas County, Nebraska, Devontez Bobo, is alleged to have committed the crime of Possession with Intent to Deliver Cocaine and Possession of Marijuana. On this same date a search of Mr. Bobo's residence was conducted by the United States Probation Office at 651 South 19th Avenue, #Apt. 5, Omaha, Nebraska.

During the search a large quantity of cocaine was recovered, and in addition, located in Mr. Bobo's pocket was a digital scale and marijuana was found throughout the home. Mr. Bobo was arrested by the Douglas County Sheriff's Office and booked into the Douglas County Jail for the following:  Possession with Intent to Deliver Cocaine, a felony offense; Possession of Marijuana, a misdemeanor; and Possession of Paraphernalia, a misdemeanor.

As of this writing, the offender is being held without bond, and no hearing has been set.

**If the Court finds the offender has violated this condition, which is a grade A or B violation, revocation is mandatory.**

| 2 | Devontez Bobo is in violation of **the Mandatory Condition** which states, "You must not unlawfully possess a controlled substance. |

On July 25, 2024, in Douglas County, Nebraska, Devontez Bobo is alleged to have unlawfully possessed cocaine and marijuana as outlined in allegation #1.

**If the Court finds the offender has violated this condition, which is a grade A or B violation, revocation is mandatory.**

**If the Court finds the offender has violated the conditions of supervision by possessing a controlled substance, the Court shall revoke supervision and impose a sentence which includes a term of imprisonment."**

| 3 | Devontez Bobo is in violation of **the Mandatory Condition** which states, "You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court." |

On July 1, 2024, Mr. Devontez Bobo submitted a urine sample that was presumptive positive for cocaine.

**Devontez Bobo**                                                              **July 25, 2024**
**Petition for Warrant or Summons**                                            **Page 3 of 4**

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,                          Reviewed by:

Jen A. Iverson                                   Jeff A. Anthens, Supervising
U.S. Probation and Pretrial Services Officer     U. S. Probation and Pretrial Services Officer

**Devontez Bobo**                                                                                   **July 25, 2024**
**Petition for Warrant or Summons**                                                    **Page 4 of 4**

## THE COURT ORDERS THAT:

_____          No action shall be taken.

___X___          A Warrant shall be issued for service upon Devontez Bobo and a hearing held by the Court to determine whether Devontez Bobo has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____          The U. S. Probation Officer shall summons Devontez Bobo to appear for a hearing in court to determine whether Devontez Bobo has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____          The following action to be taken (specify other action):

**If a warrant is issued, the petition shall <u>not</u> be sealed and the following action shall be taken (specify other action).**

_____          A Writ of Habeas Corpus Ad Prosequendum shall be issued and the defendant brought before the U.S. Court for an Initial Appearance on this matter.

___X___          The Federal Public Defender is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file a written appearance in this matter. In the event the Federal Public Defender should decline the appointment for reasons of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

The defendant may contact the Office of the Federal Public Defender for the District of Nebraska regarding the alleged violation and possible penalties (402/221-7896).

_____                    7/25/2024_____
The Honorable Brian C. Buescher                                             Date
U.S. District Judge

### * * * NOTICE TO OFFENDER * * *

**Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:**
**(A)    written notice of the alleged violation(s);**
**(B)    disclosure of the evidence against you;**
**(C)    an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;**
**(D)    notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.**